IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ADAM MICHAEL COOK**, <br><br> Plaintiff, <br><br> v. <br><br> **ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**, <br><br> Defendant. | Case No. 3:21-cv-01415-IM <br><br> **ORDER** |

**IMMERGUT, District Judge.**

The parties, through their respective counsel, have hereby stipulated and agreed to Plaintiff's Motion for Attorney's Fees, ECF 16. Accordingly, Plaintiff's Motion for Attorney's Fees is GRANTED, and it is hereby ORDERED that attorney's fees in the amount of $8,629.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney's fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees and costs, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

PAGE 1 – ORDER

If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer or by check made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Dellert Baird Law Offices, PLLC, PO Box 429, Spanaway, WA, 98387. If Plaintiff has a debt, then any remaining funds after offset of the debt shall be made to Plaintiff and sent via electronic funds transfer or by check mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 13th day of September, 2022.

                                              /s/ Karin J. Immergut
                                              Karin J. Immergut
                                              United States District Judge